

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-21-00089-CR

LACEY LYNNE STEDDUM, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 188th District Court
Gregg County, Texas
Trial Court No. 51046-A

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Chief Justice Morriss

## MEMORANDUM OPINION

Lacey Lynne Steddum was sentenced to thirteen years' imprisonment for the offense of aggravated assault with a deadly weapon. In connection with her open plea of guilty, Steddum signed the following waiver of her rights:

> Comes now the Defendant, joined by his or her counsel, and in writing and in open court, waives the rights and gives up time provided in the Texas Rules of Appellate Procedure to file a motion for new trial, motion for arrest of judgment or notice of appeal.

Steddum clearly waived her right of appeal, which deprives this Court of jurisdiction over this attempted appeal, and the trial court's certification confirms Steddum's waiver of her rights.

On October 7, 2021, we informed Steddum of the apparent defect in our jurisdiction over this appeal and afforded her an opportunity to respond and, if possible, cure such defect. On October 18, 2021, appointed counsel for Steddum responded to this Court's October 7 letter by acknowledging that Steddum had waived her right of appeal.

Because Steddum has no right of appeal due to her explicit, written waiver of that right, and because the trial court's certification correctly indicates that she is without a right of appeal, we dismiss this appeal for want of jurisdiction.


Josh R. Morriss, III
Chief Justice

Date Submitted:     October 19, 2021
Date Decided:       October 20, 2021

Do Not Publish

2